JUNE 15, 1987

No. 86–1707.   BLINN v. MASSACHUSETTS.   Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question.

JUSTICE BRENNAN and JUSTICE O'CONNOR would note probable jurisdiction and set case for oral argument.